HOLLY HILL HOLDINGS *v.* GEORGE D. LOWMAN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 30 Conn. App. 204 (AC 10746/11135), is granted, limited to the following issues:

"1. Does the Underground Storage Tank Regulation, General Statutes § 22a-449, apply to a temporarily out-of-service facility?

"2. If the answer to the first question is yes, under the circumstances of this case did the failure of the plaintiff to comply with that regulation give rise to either a special defense or a private right of action in the defendants?"

The Supreme Court docket number is SC 14707.

*Ronald W. Lindlauf, Jr.,* in support of the petition.

*Harold B. Finn III,* in opposition.

Decided March 4, 1993

STATE OF CONNECTICUT *v.* DAVID A. CLEARY

The defendant's petition for certification for appeal from the Appellate Court (AC 11869) is denied.

*David A. Cleary,* pro se, in support of the petition.

Decided March 11, 1993

FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.

The defendants Leon E. Cooper and Mary P. Cooper's petition for certification for appeal from the Appellate Court (AC 12021) is denied.

*Leon E. Cooper,* pro se, and *Mary P. Cooper,* pro se, in support of the petition.

*Kevin L. Burns,* in opposition.

Decided March 11, 1993